**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 526 WAL 2016
:
Respondent : Petition for Allowance of Appeal from
: the Order of the Superior Court
:
v. :
:
:
:
RYAN PHYLLIP BOWERS, :
:
Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 11th day of May, 2017, the Petition for Allowance of Appeal is **DENIED**.